■ In the Matter of BENJAMIN SCHUSSLER, Appellant, v SCHOOL OF MEDICINE AND BIOMEDICAL SCIENCES, UNIVERSITY AT BUFFALO, STATE UNIVERSITY OF NEW YORK et al., Respondents. (Appeal No. 2.) [790 NYS2d 905]—Appeal from an order of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), entered July 8, 2004 in a proceeding pursuant to CPLR article 78. The order denied petitioner's motion for leave to reargue and renew.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Scudder, J.P., Martoche, Pine, Lawton and Hayes, JJ.

■ In the Matter of BENJAMIN SCHUSSLER, Appellant, v STATE UNIVERSITY OF NEW YORK et al., Respondents. (Appeal No. 3.) [790 NYS2d 904]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), entered July 29, 2004 in a proceeding pursuant to CPLR article 78. The judgment denied petitioner's motion for leave to reargue and renew and dismissed the petition.

It is hereby ordered that said appeal from the judgment insofar as it denied leave to reargue be and the same hereby is unanimously dismissed (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]) and the judgment is affirmed without costs for reasons stated in decisions at Supreme Court. Present—Scudder, J.P., Martoche, Pine, Lawton and Hayes, JJ.